District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FARTUN A. MAALIN *et al.*, | No. 2:21-cv-1700-TL |
| Plaintiffs, | STIPULATED MOTION & ORDER TO STAY DEADLINES |
| v. | |
| ALEJANDRO MAYORKAS, *et al.*, | Noted for: May 17, 2022 |
| Defendants. | |

The parties, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, hereby jointly stipulate and move to stay the deadlines in the Revised Order Regarding Joint Status Report. Dkt. No. 14. Defendants filed a motion to dismiss the Complaint on May 13, 2022. Dkt. No. 16. It is noted for June 10, 2022.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). If granted, Defendants' motion to dismiss will end the litigation. Therefore, the parties believe good cause exists for a stay of the deadlines in the Court's revised order to allow the motion to be fully briefed and considered by the Court.

STIPULATED MOTION & ORDER       - 1
 (21-cv-1700-TL)

Accordingly, the parties jointly stipulate and request that the Court stay the initial scheduling dates set forth in the Court's Revised Order Regarding Joint Status Report until a decision is issued on Defendants' motion to dismiss. Dkt. No. 14.

Dated: May 17, 2022

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

 *s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  206-428-3824
Email:  michelle.lambert@usdoj.gov
*Attorneys for Defendants*

*s/Jane Marie O'Sullivan*
JANE MARIE O'SULLIVAN
WSBA#34486
O'Sullivan Law Office
2417 Pacific Avenue SE, 2nd Floor
Olympia, Washington 98501
Phone: 206-340-9980
Email:  jane@osullivanlawoffice.com
*Attorneys for Plaintiffs*

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED.

DATED this 18th day of May, 2022.

Tana Lin
United States District Judge

STIPULATED MOTION & ORDER       - 3
(21-cv-1700-TL)