District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FARTUN A. MAALIN *et al.*, | No. 2:21-cv-1700-TL |
| Plaintiffs, | ORDER GRANTING STIPULATED MOTION TO HOLD CASE IN ABEYANCE |
| v. | |
| ALEJANDRO MAYORKAS, *et al.*, | Noted for Consideration on: June 3, 2022 |
| Defendants. | |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for sixty days, including Defendants' pending motion to dismiss. Dkt. No. 16. The parties are currently working diligently towards a resolution to this litigation.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). Plaintiff Aadam H. Ali is scheduled for an interview at the U.S. Consulate in South Africa, on June 8, 2022. Once the interview has been conducted, this matter may be rendered moot. Therefore, the parties believe good cause exists for a brief stay in

1  these proceedings to save the parties from spending unnecessary time and judicial resources on
2  this matter.
3       Accordingly, the parties jointly stipulate and request that the Court stay these proceedings
4  for sixty days and strike Defendants' motion to dismiss.  Dkt. No. 16.

5  Dated: June 3, 2022                              Respectfully submitted,

                                                    NICHOLAS W. BROWN
                                                    United States Attorney

                                                    *s/Michelle R. Lambert*
                                                    MICHELLE R. LAMBERT, NYS #4666657
                                                    Assistant United States Attorney
                                                    United States Attorney's Office
                                                    1201 Pacific Avenue, Suite 700
                                                    Tacoma, Washington 98402
                                                    Phone:  206-428-3824
                                                    Email:  michelle.lambert@usdoj.gov
                                                    *Attorneys for Defendants*


                                                    *s/Jane Marie O'Sullivan*
                                                    JANE MARIE O'SULLIVAN
                                                    WSBA#34486
                                                    O'Sullivan Law Office
                                                    2417 Pacific Avenue SE, 2nd Floor
                                                    Olympia, Washington 98501
                                                    Phone: 206-340-9980
                                                    Email:  jane@osullivanlawoffice.com
                                                    *Attorneys for Plaintiffs*

ORDER GRANTING STIPULATED
MOTION TO HOLD CASE IN ABEYANCE                           - 2

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED.

DATED this 3rd day of June, 2022.

Tana Lin
United States District Judge