District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FARTUN A. MAALIN *et al.*, | No. 2:21-cv-1700-TL |
| Plaintiffs, | STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER |
| v. | |
| ALEJANDRO MAYORKAS, *et al.*, | Noted for Consideration on: July 22, 2022 |
| Defendants. | |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings for thirty days. The case is currently stayed. Dkt. No. 20. The parties are currently working diligently towards a resolution to this litigation.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). The State Department received Plaintiffs' marriage certificate on July 20, 2022 and intends to expedite the remaining processing. However, additional time is necessary. Therefore, the parties believe good cause exists for a brief stay in these proceedings to save the parties from spending unnecessary time and judicial resources on this matter.

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE AND ORDER       - 1
 (21-cv-1700-TL)

Accordingly, the parties jointly stipulate and request that the Court stay these proceedings for thirty days. The parties will submit a joint status report on or before September 2, 2022.

Dated: July 22, 2022

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 206-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

*s/Jane Marie O'Sullivan*
JANE MARIE O'SULLIVAN
WSBA#34486
O'Sullivan Law Office
2417 Pacific Avenue SE, 2nd Floor
Olympia, Washington 98501
Phone: 206-340-9980
Email: jane@osullivanlawoffice.com
*Attorney for Plaintiffs*

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE AND ORDER          - 2
(21-cv-1700-TL)

1 **[PROPOSED] ORDER**

2  The parties having stipulated and agreed, it is hereby SO ORDERED. The parties shall

3 file a joint status report on or before **September 2, 2022**.

5  DATED this 25th day of July 2022.

                                            _____
                                            Tana Lin
                                            United States District Judge

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE AND ORDER         - 3
(21-cv-1700-TL)