District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FARTUN A. MAALIN *et al.*, | No. 2:21-cv-1700-TL |
| Plaintiffs, | STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER |
| v. | |
| ALEJANDRO MAYORKAS, *et al.*, | Noted for Consideration on: September 30, 2022 |
| Defendants. | |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings for thirty days. The case is currently stayed. Dkt. No. 24. The parties are currently working diligently towards a resolution to this litigation.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

1    The State Department has been informed that the United Nation's International Organization

2    for Migration anticipates scheduling the beneficiary's medical exam in early October.   Once

3    processing is completed, this case will be moot.   Therefore, the parties believe good cause exists

4    for a brief stay in these proceedings to save the parties from spending unnecessary time and judicial

5    resources on this matter.

6    Accordingly, the parties jointly stipulate and request that the Court stay these proceedings

7    for thirty days.   The parties will submit a joint status report on or before November 1, 2022.

8    Dated: September 30, 2022

9

10                                                   Respectfully submitted,

11                                                   NICHOLAS W. BROWN
                                                     United States Attorney

12                                                    s/Michelle R. Lambert
                                                     MICHELLE R. LAMBERT, NYS #4666657

13                                                   Assistant United States Attorney
                                                     United States Attorney's Office

14                                                   1201 Pacific Avenue, Suite 700
                                                     Tacoma, Washington 98402

15                                                   Phone:  206-428-3824
                                                     Email:  michelle.lambert@usdoj.gov

16                                                   Attorneys for Defendants

17

18                                                   s/Jane Marie O'Sullivan
                                                     JANE MARIE O'SULLIVAN

19                                                   WSBA#34486
                                                     O'Sullivan Law Office

20                                                   2417 Pacific Avenue SE, 2nd Floor
                                                     Olympia, Washington 98501

21                                                   Phone: 206-340-9980
                                                     Email:  jane@osullivanlawoffice.com

22                                                   Attorney for Plaintiffs

23

24

1
2

**[PROPOSED]** ORDER

3
4

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall file

a joint status report on or before November 1, 2022.

5
6

DATED this 30th day of September 2022.

7
8
9
10

_____
Tana Lin
United States District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24