District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FARTUN A. MAALIN *et al.*, | No. 2:21-cv-1700-TL |
| Plaintiffs, | STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER |
| v. | |
| ALEJANDRO MAYORKAS, *et al.*, | Noted for Consideration on: October 28, 2022 |
| Defendants. | |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings for forty-five days. The case is currently stayed. Dkt. No. 26. The parties continue to work diligently towards a resolution to this litigation.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE            - 1
 (21-cv-1700-TL)

1    Plaintiffs report that the United Nation's International Organization for Migration ("IOM") performed the beneficiary's medical exam on October 17, 2022.  The State Department recently received the beneficiary's results.  If the beneficiary remains qualified, a travel foil will be issued for the beneficiary.  IOM can then make travel arrangements.  Therefore, the parties believe good cause exists to continue the stay in these proceedings to save the parties from spending unnecessary time and judicial resources on this matter.

     Accordingly, the parties jointly stipulate and request that the Court stay these proceedings for forty-five days.  The parties will submit a joint status report on or before December 16, 2022.

Dated: October 28, 2022

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

 s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  206-428-3824
Email:  michelle.lambert@usdoj.gov
*Attorneys for Defendants*

*s/Jane Marie O'Sullivan*
JANE MARIE O'SULLIVAN
WSBA#34486
O'Sullivan Law Office
2417 Pacific Avenue SE, 2nd Floor
Olympia, Washington 98501
Phone: 206-340-9980
Email:  jane@osullivanlawoffice.com
*Attorney for Plaintiffs*

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE                - 2
 (21-cv-1700-TL)

**[PROPOSED]** ORDER

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall file a joint status report on or before December 16, 2022.

DATED this 31st day of October, 2022.

_____
Tana Lin
United States District Judge

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE         - 3
 (21-cv-1700-TL)