District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FARTUN A. MAALIN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants. | No. 2:21-cv-1700-TL <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER <br><br> NOTED FOR CONSIDERATION: JANUARY 3, 2023 |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings for thirty additional days. The case is currently stayed. Dkt. No. 30. The parties continue to work diligently towards a resolution to this litigation.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

1    Prior to obtaining his travel foil, Plaintiff Ali is required to submit biometrics to the U.S.
2    Consulate. He has an appointment at the Consulate in Johannesburg on January 5, 2023.
3    Normally, the travel arrangements for beneficiaries of refugee follow-to-join petitions are made
4    by the United Nation's International Organization for Migration ("IOM"). However, the
5    beneficiary here has stated that he wishes to make his own travel arrangements. Consequently,
6    once the beneficiary provides the Consulate with his biometrics, the Consulate will provide the
7    beneficiary with the travel foil so that he may make his own travel arrangements to the United
8    States. Therefore, the parties believe good cause exists to continue the stay in these proceedings
9    to save the parties from spending unnecessary time and judicial resources on this matter.

10   Accordingly, the parties jointly stipulate and request that the Court stay these proceedings
11   for an additional thirty days. The parties will submit a joint status report on or before February
12   2, 2023.

13   Dated: January 3, 2023

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 206-428-3824
Email: michelle.lambert@usdoj.gov

*Attorney for Defendants*


*s/Jane Marie O'Sullivan*
JANE MARIE O'SULLIVAN WSBA#34486
O'Sullivan Law Office

STIPULATED MOTION & ORDER
TO HOLD CASE IN ABEYANCE
2:21-cv-1700-TL - 2

|   |   |
|---|---|
| 1 | 2417 Pacific Avenue SE, 2nd Floor |
|   | Olympia, Washington 98501 |
| 2 | Phone: 206-340-9980 |
|   | Email:  jane@osullivanlawoffice.com |
| 3 |   |
|   | *Attorney for Plaintiffs* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

2417 Pacific Avenue SE, 2nd Floor
Olympia, Washington 98501
Phone: 206-340-9980
Email:  jane@osullivanlawoffice.com

*Attorney for Plaintiffs*

STIPULATED MOTION & ORDER
TO HOLD CASE IN ABEYANCE
2:21-cv-1700-TL - 3

**[PROPOSED]** **ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall file a joint status report on or before February 2, 2023.

DATED this 4th day of January, 2023.

_____
Tana Lin
United States District Judge

STIPULATED MOTION & ORDER
TO HOLD CASE IN ABEYANCE
2:21-cv-1700-TL - 4