District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FARTUN A. MAALIN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>Defendants. | No. 2:21-cv-1700-TL<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>NOTED FOR CONSIDERATION:<br>February 1, 2023 |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings until February 21, 2023. The case is currently stayed. Dkt. No. 30. The parties continue to work diligently towards a resolution to this litigation.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

STIPULATED MOTION & PROPOSED ORDER
TO HOLD CASE IN ABEYANCE
2:21-cv-1700-TL - 1

Plaintiff Ali is scheduled to pick up his travel foil on February 14, 2023, and then travel to the United States on February 16, 2023. Once he arrives in the United States, all parties agree that this case will be moot. Therefore, the parties believe good cause exists to continue the stay in these proceedings to save the parties from spending unnecessary time and judicial resources on this matter.

Accordingly, the parties jointly stipulate and request that the Court stay these proceedings until February 21, 2023. The parties will submit either a stipulated motion to dismiss this case or a joint status report on or before February 21, 2023.

Dated: February 1, 2023

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

<u>s/Michelle R. Lambert</u>
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  206-428-3824
Email:  michelle.lambert@usdoj.gov

*Attorney for Defendants*

<u>s/Jane Marie O'Sullivan</u>
JANE MARIE O'SULLIVAN, WSBA#34486
O'Sullivan Law Office
2417 Pacific Avenue SE, 2nd Floor
Olympia, Washington 98501
Phone: 206-340-9980
Email:  jane@osullivanlawoffice.com

*Attorney for Plaintiff*s

STIPULATED MOTION & PROPOSED ORDER
TO HOLD CASE IN ABEYANCE
2:21-cv-1700-TL - 2

**[PROPOSED] ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall file either a stipulated motion to dismiss the case or a joint status report on or before February 21, 2023.

DATED this 2nd day of February 2023.

_____
Tana Lin
United States District Judge