District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FARTUN A. MAALIN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants. | No. 2:21-cv-1700-TL <br><br> STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER <br><br> NOTED FOR CONSIDERATION: February 21, 2023 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants jointly stipulate to dismiss this case. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to complete the processing of Plaintiffs' Form I-730 refugee follow to join petitions. Dkt. No. 8. Defendants have fully processed Plaintiffs' Form 1-730 petition, and the beneficiary is now in the United States. Accordingly, the above-captioned action having been resolved, the parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice, with each party to bear their own fees or costs.

//

//

Dated: February 21, 2023

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  206-428-3824
Email:  michelle.lambert@usdoj.gov

*Attorney for Defendants*

*s/Jane Marie O'Sullivan*
JANE MARIE O'SULLIVAN, WSBA#34486
O'Sullivan Law Office
2417 Pacific Avenue SE, 2nd Floor
Olympia, Washington 98501
Phone: 206-340-9980
Email:  jane@osullivanlawoffice.com

*Attorney for Plaintiffs*

**[PROPOSED] ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED.  This case is dismissed without prejudice

DATED this 21st day of February 2023.

_____
Tana Lin
United States District Judge

.